1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    CARLOS GILBERT LAW,                    Case No.  24-cv-07816-WHO

8              Plaintiff,
                                            **REFERRAL FOR PURPOSE OF**
9        v.                                 **DETERMINING RELATIONSHIP**

10   CARLA CORTES, et al.,

11             Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14   Honorable Rita F. Lin for consideration of whether the case is related to *Carlos Gilbert Law v.*

15   *Neil Chu et al.*, Case No. 3:24-cv-02870-RFL.

16        **IT IS SO ORDERED.**

17   Dated: November 19, 2024

18                                          
                                            _____
19                                          WILLIAM H. ORRICK
                                            United States District Judge
20

21

22

23

24

25

26

27

28