UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>       Plaintiff,<br><br>    v.<br><br>CARLA CORTES, et al.,<br><br>       Defendants. | Case No.  24-cv-07816-RFL<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 40 |

Before the Court is Defendants' administrative motion for an enlargement of time to file their motion for summary judgment and oppositions to Plaintiff's motions for summary judgment.  (Dkt. No. 40.)  The motion is **GRANTED**.  Though the harms Plaintiff alleges are serious, good cause supports enlarging Defendants' time given Defendants' counsel's recent assignment to this case.  Defendants shall file their summary judgment motion and oppositions Plaintiffs' summary judgment motions by **August 31, 2026**.

    **IT IS SO ORDERED.**

Dated: July 9, 2026

RITA F. LIN
United States District Judge

1